**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CARMEN NIEVES, WENDY KEIRSTED, and LIZA LICHTINGER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE PROCTER & GAMBLE COMPANY,<br>Defendant. | Case No:   7:21-cv-00186-CS<br>           7:21-cv-05648-CS<br>           7:21-cv-05646-CS<br><br>**NOTICE OF MOTION TO DISMISS THE CONSOLIDATED CLASS ACTION COMPLAINT BY THE PROCTER & GAMBLE COMPANY** |

**PLEASE TAKE NOTICE** that, in accordance with the moving Memorandum of Law, and all pleadings heretofore, pursuant to Fed. R. Civ. P. 9 and 12(b)(6), Defendant The Procter & Gamble Company ("Defendant") hereby moves before Judge Cathy Seibel, at the The Hon. Charles L. Brieant Jr. Federal Building and United States Courthouse located at 300 Quarropas St. White Plains, NY 10601-4150, for an Order dismissing with prejudice Plaintiffs' Consolidated Class Action Complaint and for such other and further relief to Defendant as the Court deems just and proper.

Dated: November 12, 2021             Respectfully submitted,

                                    */s/  John P. Hooper*
                                    John P. Hooper
                                    Eric F. Gladbach
                                    Jessica K. Shook
                                    King & Spalding, LLP
                                    1185 Avenue of the Americas, 34th Floor
                                    New York, NY 10036-2601
                                    Phone: (212) 556-2220
                                    Fax: (212) 556-2222
                                    jhooper@kslaw.com

1

egladbach@kslaw.com
jshook@kslaw.com

***ATTORNEY FOR DEFENDANT
THE PROCTER & GAMBLE
COMPANY***

## CERTIFICATE OF SERVICE

I certify that on November 12, 2021, a copy of the Procter & Gamble Company's Notice of Motion to Dismiss the Consolidated Class Action Complaint and the Memorandum of Law in Support of the Motion to Dismiss the Consolidated Class Action Complaint was served upon all counsel of record via e-email and overnight delivery via UPS. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system upon service of the Reply in Support of the Motion to Dismiss. Parties may access this filing through the Court's system at that time.

/s/ *Jason Bush*
Jason Bush